LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 14-00929 BRO (DTBx) | Date | May 29, 2014 |
|---|---|---|---|
| Title | MARTINGALE INVS. LLC v. TODD J. RAINEY, ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS)
**ORDER TO SHOW CAUSE RE SANCTIONS**

Defendant Todd J. Rainey has removed the instant unlawful detainer action for a second time. *Compare Martingale Invs. LLC v. Todd J. Rainey*, No. CV 14-00929 *with Martingale Invs. LLC v. Todd J. Rainey*, No. CV 14-00319. The first time he removed the action was February 20, 2014. *Martingale*, No. CV 14-00319, Dkt. No. 1. On March 17, 2014, the Court remanded the lawsuit to state court, explaining in detail why it did not give rise to federal jurisdiction. *Id.* Order Remanding Action, Dkt. No. 9. Moreover, the Court explicitly warned Rainey "that any subsequent attempts to remove this underlying state unlawful detainer action will be improper and may result in the Court taking punitive remedial measures, which may include ordering [him] to appear in person and show cause why he should not be monetarily sanctioned or designated as a vexatious litigant." *Id.* at 4–5 (emphasis removed). Nevertheless, on May 8, 2014, Mr. Rainey filed a notice of removal in the underlying unlawful detainer action again. The notice of removal is identical to the notice filed in the previous removal action. *Compare Martingale*, No. CV 14-00929, Dkt. No. 1 *with Martingale*, No. CV 14-00319 Dkt. No. 1.

Given the Court's unequivocal language in its previous order and the identical notice of removal in the instant action, it appears Rainey filed his notice of removal in bad faith to stall the state court unlawful detainer proceedings. Accordingly, Defendant Todd J. Rainey is **ORDERED to appear in person before this Court on June 2, 2014, at 1:30 p.m.** At the hearing, the Court will expect Mr. Rainey to explain why he should not be required to pay Plaintiff's costs and attorneys' fees in the amount of $2,802.50 for removing this action in bad faith.

IT IS SO ORDERED